| Date | Pleading Number | |
|---|---|---|
| 9/18/74 | 1. | MOTION -- of plaintiff Technitrol, Inc., the patentee, to transfer single action from Maryland to N.D. Illinois. W/supporting statement; affidavit of attorney and certificate of service. REQUESTED TRANSFEREE FORUM: N.D. Illinois |
| 10/2/74 | 2 | RESPONSE - CONTROL DATA CORP. w/cert. os service |
| 10/7/74 | 3 | RESPONSE - NCR corp. w/cert. of service |
| 10/7/74 | 4 | RESPONSE - TECHNITROL, INC. w/cert. of service xxxkxx xxxkx and exhibits to CDC response |
| 10/8/74 | 4a | CORRECTED Exhibit A to Technitrol Inc. response No. 4 filed 10/7/74 |
| 10/9/74 | 5 | REPLY -- of Technitrol, Inc. to NCR Corp. Opposition w/supplemental affidavit of Technitrol counsel and certificate of service. |
| 10/29/74 | 6 | REPLY - NCR w/Theodore Anderson affidavit and cert. of service |
| 10/30/74 | | HEARING ORDER -- Setting A-1 and A-2 for Hearing, November 22, 1974 Washington, D. C. |
| 12/2/74 | | ORDER -- staying Panel decision to transfer under 1407 for 60 days. Notified counsel involved, involved judges and clerks |
| 11/27/74 | | NCR ltr waiving oral argument |
| 2/13/75 | 7 | LETTER -- CONTROL DATA CORP. request for 90-day additional extension staying Panel decision to transfer under 1407 (Ltr. dtd. 1/28/75) |
| 2/13/75 | 8 | LETTER -- TECHNITROL -- opposing CDC request (Ltr. dated 1/31/75) |
| 2/13/75 | 9 | LETTER -- CONTROL DATA CORP. -- reply to Technitrol letter (Ltr. dtd. 2/5/75) |
| 3/5/75 | | ORDER -- Staying Panel decision for 90 days from the date of Feb. 3, 1975. Notified counsel, involved judges and clerks. |
| 6/12/75 | | ORDER -- DENYING TRANSFER OF LITIGATION AS MOOT. Notified counsel involved judges |
| 6/12/75 | 10 | Letter -- TECHNITROL requesting delay or stay of Panel's order -- DENIED |
| 6/17/75 | 11 | Letter -- CONTROL DATA CORP. objecting to TECHNITROL request |

## Description of Litigation

IN RE TECHNITROL, INC. PATENT LITIGATION

### Summary of Panel Action

Date(s) of Hearing(s) _____

Date(s) of Opinion(s) or Order(s) 6/12/75

Consolidation Ordered _____  Name of Transferee Judge _____

Consolidation Denied ✓  Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Technitrol, Inc. v. Control Data Corporation | Md. Watkins | 17,653 | | | | Technitrol Motion-9/18 |
| A-2 | Technitrol, Inc. v. Memorex Corporation | N.D.Ill. Lynch | 70 C 2916 | | | | " |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO.  186  --  IN RE TECHNITROL, INC. PATENT LITIGATION

| Plaintiff | Defendant |
|---|---|
| TECHNITROL, INC.<br>S. C. Yuter, Esquire<br>Yuter & Rosen<br>605 Third Avenue<br>New York, New York  10016 | MEMOREX CORPORATION<br>Alfred H. Plyer, Jr., Esquire<br>Parker, Blyer & McEachran<br>Mid-Continental Plaza<br>55 East Monroe Street<br>Chicago, Illinois  60603<br><br>NCR CORPORATION<br>Theodore W. Anderson, Esquire<br>Neuman, Williams, Anderson & Olson<br>77 West Washington Street<br>Chicago, Illinois  60602<br><br>~~HONEYWELL, INC.~~<br>~~Arnold Fleischman, Esquire~~<br>~~102 West Pennsylvania Avenue~~<br>~~Baltimore, Maryland  21204~~<br><br>CONTROL DATA CORPORATION<br>Allen T. Kirkpatrick, Esquire<br>William T. Bullinger, Esquire<br>Cushman, Darby & Cushman<br>8th Flr., 1801 K St., N.W.<br>Washington, D.C.  20006 |